**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 21−00385−dd                                Chapter: 13

**In re:**
Sarah Elizabeth Chavis
aka Sarah Chavis, aka Sarah E.W. Chavis, aka Sarah E. Whittle, aka Sarah Elizabeth Whittle, fdba Southern Skillet

**ORDER DISMISSING CASE**

---

This matter comes before the Court on a Petition to Dismiss the above−captioned Chapter 13 case. Following notice and an opportunity for a hearing or a hearing having been held:

The relief sought is granted and the case is hereby dismissed.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**08/09/2022**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 08/09/2022